# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 17-220-DOC (SP) | Date | October 30, 2017 |
| Title | TRAVIS RYAN KLUTTS v. FEDERAL BUREAU OF PRISONS, et al. | | |

Present: The Honorable **Sheri Pym, United States Magistrate Judge**

| Kimberly Carter | None Appearing | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

None Appearing     None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 6, 2017, plaintiff Travis Ryan Klutts, a federal prisoner proceeding pro se, filed a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971). His complaint alleges that employees of the Federal Bureau of Prisons and the United States Penitentiary at Victorville, California held plaintiff in segregated housing since November 2013 without a disciplinary hearing in violation of his due process right and his Eighth Amendment right to be free of cruel and unusual punishment. On September 6, 2017, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint by October 6, 2017. Over three weeks having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **November 20, 2017**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 20, 2017.

If plaintiff files a First Amended Complaint by **November 20, 2017**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-220-DOC (SP) | Date | October 30, 2017 |
|---|---|---|---|
| Title | TRAVIS RYAN KLUTTS v. FEDERAL BUREAU OF PRISONS, et al. | | |

separately.