# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RYAN KLUTTS, | ) Case No. ED CV 17-220-DOC (SP) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

      Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

      IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated:   January 24, 2018
_____

_David O. Carter_
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE